UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GHEEVARGHESE A. THANKACHAN,

           Plaintiff,          07 CV 8332 (PED)

vs.
PEEKSKILL HOUSING AUTHORITY, JOHN    **STIPULATION OF DISMISSAL**
TESTA, MAYOR, CITY OF PEEKSKILL,    **OF DEFENDANT TESTA WITH**
LEESTHER BROWN, sued in    **PREJUDICE**
their official and individual capacities,

           Defendants.
---------------------------------------------------------X

PLEASE TAKE NOTICE that it is hereby stipulated and agreed that plaintiff's claims against defendant Testa, in his individual and official capacities, are hereby dismissed with prejudice, with each side to bear its own costs and fees.

Dated: November __, 2011

_____           _____
Christopher D. Watkins (2240)          David L. Posner (0310)
SUSSMAN & WATKINS                    McCABE & MACK LLP
55 Main Street-P.O. Box 1005             63 Washington Street
Goshen, New York 10924                   PO Box 509
(845) 294-3991                                Poughkeepsie, NY 12602
*Attorneys for Plaintiff*                      (845) 486-6800
                                            *Attorneys for Defendant Testa*

_____
Hon. Paul E. Davison

Dated:  White Plains, NY
        November 18, 2011