UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GHEEVARGHESE A. THANKACHAN,

        Plaintiff,                          07 CV 8332 (PED)

vs.

PEEKSKILL HOUSING AUTHORITY,      **NOTICE OF MOTION FOR**
LEESTHER BROWN, sued in her          **AN AWARD OF REASONABLE**
individual capacity,                            **ATTORNEYS' FEES AND COSTS**

        Defendants.
-------------------------------------------------------x

        PLEASE TAKE NOTICE, that upon the affirmations of Christopher D. Watkins, Esq, Michael H. Sussman Esq., and exhibits thereto, the declaration of Scott A. Korenbaum, Esq, plaintiff's Memorandum of Law, and all prior proceedings had herein, on January 13, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, pursuant to Rule 54(b) and 42 U.S.C. § 1988, plaintiff shall move this Honorable Court for award of reasonable attorneys' fees and costs in the amount of $147,109.84.

Dated:     December 6, 2011
             Goshen, New York

                                                                  Christopher D. Watkins (CW 2240)

                                                               SUSSMAN & WATKINS
                                                               55 Park Place, Suite 6
                                                               P.O. Box 1005
                                                             Goshen, New York 10924
                                                                 (845) 294-3991
                                                              *Attorneys for Plaintiff*

TO:     Brian S. Sokoloff, Esq.
        Adam I. Kleinberg, Esq.
        Sokoloff Stern LLP
        355 Post Avenue, Suite 201
        Westbury, New York 11590
        *Attorneys For Defendants*