# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GHEEVARGHESE A. THANKACHAN,

                Plaintiff,                    07 **CIVIL** 8332 (PED)

      -against-                            **JUDGMENT**

PEEKSKILL HOUSING AUTHORITY and
LEESTHER BROWN,

                Defendants.

-----------------------------------------------------------X

      Whereas the above-entitled action having been assigned to the Honorable Paul E. Davison, United States Magistrate Judge, and the matter thereafter having been brought to trial from November 16, 2011 through November 23, 2011 and, at the conclusion of the trial, the jury having reached a verdict in favor of Plaintiff Gheevarghese A. Thankachan as against Defendants Peekskill Housing Authority and Leesther Brown for discrimination of Plaintiff on the basis of his race or ethnicity, and awarding Plaintiff $1,000,000.00 in compensatory damages as against Peekskill Housing Authority and Leesther Brown, and $250.00 in punitive damages as against Leesther Brown, it is,

      ORDERED, ADJUDGED AND DECREED: that Judgment be entered in favor of the Plaintiff as against Peekskill Housing Authority and Leesther Brown in the amount of $1,000,000, and as against Leesther Brown in the amount of $250.00.

DATED: White Plains, New York
        12/9, 2011

So Ordered:

_____
U.S.M.J.

_____
RUBY J. KRAJICK
Clerk of Court