UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| GHEEVARCHESE A. THANKACHAN,<br><br>Plaintiff,<br><br>-against-<br><br>PEEKSKILL HOUSING AUTHORITY, JOHN TESTA, MAYOR, CITY OF PEEKSKILL, LEESTHER BROWN, ERIC HINES, SANDRA BOND, LORRAINE ROBINSON, sued in their official and individual capacities,<br><br>Defendants. | Docket No.: 07-CV-8332<br>(PED)<br><br>**NOTICE OF APPEAL** |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon defendants Peekskill Housing Authority and Leesther Brown, by their attorneys Sokoloff Stern LLP, hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment of the United States District Court, Southern District of New York, entered in this action on December 9, 2011. This appeal is taken from each and every part of that judgment and from pre-trial decisions made by the court below.

Dated: Westbury, New York
      December 15, 2011

**SOKOLOFF STERN LLP**

_____
Brian S. Sokoloff
Adam I. Kleinberg
Attorneys for Defendants
Peekskill Housing Authority
And Leesther Brown
355 Post Avenue, Suite 201
Westbury, NY 11590
(516) 334-4500
Our File No. 080109

TO:    All counsel of record (via ECF)