UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

GHEEVARCHESE A. THANKACHAN,

                Docket No.: 07-CV-8332
                           (PED)

                Plaintiff,

                      **NOTICE OF MOTION**

     -against-

PEEKSKILL HOUSING AUTHORITY, JOHN
TESTA, MAYOR, CITY OF PEEKSKILL,
LEESTHER BROWN, ERIC HINES, SANDRA
BOND, LORRAINE ROBINSON, sued in their
official and individual capacities,

               Defendants.

--------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the Declaration of Brian S. Sokoloff, and the

exhibits to be annexed thereto, an accompanying Memorandum of Law, and upon all pleadings

and proceedings heretofore had herein, defendants Peekskill Housing Authority and Leesther

Brown will move this Court before the Honorable Paul E. Davison at the United States District

Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New

York, on a date and time set by the Court, for an Order pursuant to Fed. R. Civ. P. 50(b), 59(a)

and 59(e) granting defendants:

     1) judgment as a matter of law;

     2) a new trial on all issues; and/or a judgment or order remitting
        the jury's damage award; and

     3) such other and further relief as this Court deems just, equitable
        and proper.

PLEASE TAKE FURTHER NOTICE that, as per the November 23, 2011 directive of the

Court, defendants may submit documents in support of this motion up to and including January

28, 2012.

Dated: Westbury, New York
       December 19, 2011

SOKOLOFF STERN LLP


_Brian S. Sokoloff_

_____

Brian S. Sokoloff
Adam I. Kleinberg
Attorneys for Defendants
Peekskill Housing Authority
And Leesther Brown
355 Post Avenue, Suite 201
Westbury, NY 11590
(516) 334-4500
Our File No. 080109

TO:    All counsel of record (via ECF)