

# SOKOLOFF STERN LLP

355 POST AVENUE, SUITE 201 WESTBURY, NEW YORK 11590 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

December 19, 2011

Via Facsimile: (914) 390-4256

Hon. Paul E. Davison
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150



Re:   Thankachan v. Peekskill Housing Authority, et. al.
      Docket No.:   07 Civ. 8332 (PED)
      Our File No.: 080109

Dear Magistrate Judge Davison:

We represent defendants Peekskill Housing Authority and Leesther Brown in the above-referenced matter. On consent of all parties, we respectfully request an extension of time to serve our opposition to plaintiff's attorney's fee application until January 20, 2012.

While no briefing schedule had been previously set by the Court, our opposition to plaintiff's fee motion is due to be served December 20, 2011. In light of the upcoming holidays and preparation of our post-trial motions in this case, we are unable to also respond to plaintiff's fee application by December 20, 2011.

Accordingly, on consent, we respectfully request an extension until January 20, 2012 to submit our opposition to plaintiff's attorney's fee application. This is our first request for this relief.

Thank you for your consideration herein.

Very truly yours,

SOKOLOFF STERN LLP

Adam I. Kleinberg

cc:   Christopher Watkins, Esq.

APPLICATION GRANTED

Hon. Paul E. Davison U.S.M.J.
12/19/11