# SUSSMAN & WATKINS

### - Attorneys at Law -

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS
JOHN L. WESLOWSKI

55 MAIN ST. - SUITE 6
P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANTS:
SONNIA VAN HAASTER
JONATHAN GOLDMAN

PARALEGAL:
CLAIRE PAPELL

VIA FAX (914-390-4256)

December 28, 2011

Hon. Paul E. Davison
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *Thankachan v. Peekskill Hous. Auth., et al.*;
           07 cv 8332 (PED)

Dear Judge Davison:

    We represent plaintiff in this case. With the consent of defendants' counsel, I write to respectfully request to have until January 9, 2012 (from January 3, 2012) to submit plaintiff's papers in opposition to defendants' motion for a bondless stay. As I have advised defendants' counsel, we agree not to seek to execute on the judgment until after defendants' motion has been decided.

                                               Respectfully submitted,

                                               Christopher D. Watkins

cc:    Brian S. Sokoloff, Esq. and Adam I. Kleinberg, Esq. w/enc. (Via Fax @ 516-334-4501)

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
1/3/12