UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GHEEVARGHESE THANKACHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PEEKSKILL HOUSING AUTHORITY, JOHN TESTA, LEESTHER BROWN, ERIC HYNES, SANDRA BOND, LORRAINE ROBINSON<br><br>    Defendants.<br><br>JOHN TESTA, former Mayor, City of Peekskill,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>    Third-Party Defendant. | No. 07-CV-8332 (PED) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

nydocs1-980029.3

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Defendant and Third-Party Plaintiff, John Testa, and Third-Party Defendant National Union Fire Insurance Company of Pittsburgh, PA and their respective counsel, hereby give notice that the above Third-Party captioned action has been settled pursuant to a settlement agreement and is voluntarily dismissed, with prejudice, against Third-Party Defendant National Union Fire Insurance Company of Pittsburgh, PA.

Dated: January 5, 2012          **ANDERSON KILL & OLICK, P.C.**

By: */s/ William G. Passannante*
William G. Passannante
Steven J. Pudell
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1233

*Attorneys for Defendant and
Third-Party Plaintiff John Testa*

nydocs1-980029.3